JAMES I. BEACH, ADMINISTRATOR OF WISENHAUNT, v. SOUTH-
ERN RAILWAY COMPANY.

(Filed 29 May, 1908.)

For digest, see next preceding case, with same title.

ACTION tried before *Guion, J.,* and a jury, at June Term,
1907, of BURKE.

*A. C. Avery* and *Shepherd & Shepherd* for plaintiff.
*S. J. Ervin* for defendant.

WALKER, J.   This case is in all essential respects like that
of the case having the same title decided at this term.   The
plaintiff's intestate was killed at the same time as was the
intestate of the plaintiff in that case, and under the same cir-
cumstances.   Our decision in this case is therefore the same
as in that one.   The rulings and judgment of the court as to
the defendant's liability to the plaintiff were erroneous, and
the motion to nonsuit should have been sustained and the
action dismissed.

Reversed.